*E-Filed: October 8, 2013*

1  David S. Markun (SBN 108067)
   Daria Dub Carlson (SBN 150628)
2  MARKUN ZUSMAN FRENIERE & COMPTON LLP
   17383 Sunset Boulevard, Suite A380
3  Pacific Palisades, California 90272
   Telephone: (310) 454-5900
4  Facsimile: (310) 454-5970
   Email: dmarkun@mzclaw.com
5  Email: dcarlson@mzclaw.com

6  Edward S. Zusman (SBN 154366)
   Oriet Cohen-Supple (SBN 206781)
7  MARKUN ZUSMAN FRENIERE & COMPTON LLP
   465 California Street, 5th Floor
8  San Francisco, California 94104
   Telephone: (415) 438-4515
9  Facsimile: (415) 434-4505
   Email: ezusman@mzclaw.com
10 Email: ocohen@mzclaw.com

11 Jon R. Giffen (SBN 142158)
   KENNEDY ARCHER & HARRAY
12 24591 Silver Cloud Ct. #200
   Monterey, California 93940
13 Telephone: (831) 373-7500
   Facsimile: (831) 373-7555
14 Email: jgiffen@kahlaw.net

15 *Attorneys for Plaintiffs LPL Financial, LLC and William Hastie*

16

17                    **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE**

19 | LPL FINANCIAL, LLC, a California limited liability company; and WILLIAM HASTIE, an individual, | **Case No. C-13 1207 HRL** |
20
21 | Plaintiffs, | **STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER** |
   | v. | |
22
   | MIKE T. BRILEY, et al., | |
23
   | Defendants. | |
24

25

26
       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
27
   attorneys of record that Plaintiffs LPL FINANCIAL, LLC and WILLIAM HASTIE ("Plaintiffs")
28

STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT

1 | may file a Second Amended Complaint reflecting Plaintiffs' dismissal of the cause of action for
2 | violation of Federal computer fraud law (18 U.S.C. §1030(a), and that all other allegations and
3 | causes of action remain unchanged. A copy of the Second Amended Complaint is attached hereto
4 | as Exhibit A to this Stipulation.

5 | IT IS FURTHER STIPULATED that the defendants waive notice and service of the
6 | Second Amended Complaint, and shall not be required to answer the amendment, and that all
7 | denials, responses and affirmative defenses contained in the Answer filed by the defendants to the
8 | First Amended Complaint shall be responsive to the Second Amended Complaint.

Dated: 9/20/2013

**DAVID S. MARKUN**
MARKUN ZUSMAN FRENIERE & COMPTON LLP

*Counsel for Plaintiffs*

Dated: 9/20/2013

**FARLEY J. NEUMAN**
GOODMAN NEUMAN HAMILTON LLP

*Counsel for Defendants*

## ORDER

PURSUANT TO THIS STIPULATION AND GOOD CAUSE APPEARING, IT IS ORDERED THAT Plaintiffs shall file the Second Amended Complaint within fifteen ~~(7)~~ days of this order.

Dated: ~~September~~ October 8, 2013

**HON. HOWARD R. LLOYD**
**UNITED DISTRICT COURT MAGISTRATE JUDGE**

2