*E-Filed: October 16, 2013*

David S. Markun (SBN 108067)
Daria Dub Carlson (SBN 150628)
MARKUN ZUSMAN FRENIERE & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970
Email: dmarkun@mzclaw.com
Email: dcarlson@mzclaw.com

Edward S. Zusman (SBN 154366)
Oriet Cohen-Supple (SBN 206781)
MARKUN ZUSMAN FRENIERE & COMPTON LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505
Email: ezusman@mzclaw.com
Email: ocohen@mzclaw.com

Jon R. Giffen (SBN 142158)
KENNEDY ARCHER & HARRAY
24591 Silver Cloud Ct. #200
Monterey, California 93940
Telephone: (831) 373-7500
Facsimile: (831) 373-7555
Email: jgiffen@kahlaw.net

*Attorneys for Plaintiffs LPL Financial, LLC and William Hastie*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| LPL FINANCIAL, LLC, a California limited liability company; and WILLIAM HASTIE, an individual,<br><br>Plaintiffs,<br>v.<br>MIKE T. BRILEY, et al.,<br>Defendants. | Case No. C-13 1207 HRL<br><br>STIPULATION AND [PROPOSED] ORDER TO REMAND REMOVED ACTION |

IT IS HEREBY STIPULATED by and between the plaintiffs LPL Financial, LLC, and William Hastie ("Plaintiffs") on one hand, and defendants Michael T. Briley, Steve Shearn, F.

Warren Wayland, Hayashi & Wayland Accounting and Consulting, LLP, Hayashi & Wayland Retirement Plan Services, Hayashi & Wayland Administrative and Insurance Services, Inc., Hayashi & Wayland Investment Services, LLC, and Leigh Jeter ("Defendants") on the other hand, (collectively "Parties"), through their respective attorneys of record as follows:

## STIPULATION

1. On December 31, 2012, Plaintiffs commenced an action in the Superior Court of the State of California in and for the County of Monterey entitled *LPL Financial, LLC, and William Hastie vs. Mike Briley, et al.*, case number M121336 (the "Action").

2. On January 11, 2013, the Defendants accepted service of the Complaint.

3. On or about January 30, 2013, the Defendants accepted service of the First Amended Complaint, to which the Defendants filed an Answer on March 15, 2013.

4. On March 19, 2013, the Defendants filed a Notice of Removal of the Action to this Court, pursuant to U.S.C. §1441(b) based on Plaintiffs' claim of computer fraud under 18 U.S.C. §1030(a).

5. On March 21, 2013, the Defendants completed the removal process by filing a conformed copy of the Notice of Removal with Monterey County Superior Court.

6. On September 23, 2013, the parties filed a Stipulation and [Proposed] Order with this Court pursuant to which the Defendants stipulated that Plaintiffs may file a Second Amended Complaint that omitted Plaintiffs' claim for computer fraud under 18 U.S.C. §1030(a) ("SAC").

7. On October 8, 2013 honorable magistrate judge Howard R. Lloyd entered an Order permitting Plaintiffs to file the SAC.

8. On October 8, 2013, Plaintiffs filed the SAC with this Court, which omitted the 18 U.S.C. § 1030(a) claim and, in turn, the basis for this Court's jurisdiction over the Action.

**THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE PARTIES THAT:**

9. The Action should immediately be remanded to the Monterey County Superior Court.

10. Each Party shall bear his/her/its/their own attorneys' fees and costs with respect to

the removal and subsequent remand of the Action pursuant to this stipulation.

11. This Stipulation moots all pending deadlines, and hearings in this case should be taken off the Court's calendar.

12. This Stipulation shall not be construed as an admission or statement that the Action was improperly removed to federal court.

Dated: 10/3/2013

DAVID S. MARKUN
MARKUN ZUSMAN FRENIERE & COMPTON LLP

*Counsel for Plaintiffs*

Dated: 10/3/2013

FARLEY J. NEUMAN
GOODMAN NEUMAN HAMILTON LLP

*Counsel for Defendants*

## ORDER

THE COURT, HAVING REVIEWED THE STIPULATION AND HAVING DETERMINED THAT GOOD CAUSE EXISTS, ORDERS AS FOLLOWS:

1. The Parties' Stipulation is approved;

2. Northern District of California case number C-13 1207 HRL; titled *LPL FINANCIAL LLC AND WILLIAM HASTIE V. MIKE T. BRILEY*, et al.; is hereby remanded to the Superior Court of California, County of Monterey.

IT IS SO ORDERED.

Dated: October 16, 2013

HON. HOWARD R. LLOYD
UNITED DISTRICT COURT MAGISTRATE JUDGE